UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-14009-T/P-MIDDLEBROOKS/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICOLE MARIE PROCTOR,

    Defendant.
_____/



FILED by _____ D.C.

DEC 3 0 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

# REPORT AND RECOMMENDATION FINDING PROBABLE CAUSE ON PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for an initial appearance on December 30, 2014 in respect to the pending Petition Alleging Violations of Supervised Release and the Defendant having appeared with counsel and having waived a preliminary hearing and having stipulated to probable cause, and this Court otherwise being advised in the premises, makes the following recommendation to the District Court:

1. The Defendant appeared before this Court on December 30, 2014 for an initial appearance in respect to a Petition Alleging Violations Of Supervised Release. That Petition alleges the following violations:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to refrain from a violation of the law. On or about August 12, 2014, in Saint Lucie County, Florida, the defendant committed the offenses of Grand Theft $5,000 or more, but less than $10,000, contrary to Florida Statute 812.014.2c2; and Organized Fraud less than $20,000, contrary to Florida Statute 817.034.4a3. |
| **Violation Number 2** | **Violation of Standard Condition**, by associating with a person engaged in criminal activity. On or before August 12, 2014, the defendant conspired to and stole merchandise from Babies "R" Us located at 10721 S.W. Village Parkway, Port |

Saint Lucie, Florida, with Erin Nowaci, white/female, June 17, 1993, a subject identified by Port Saint Lucie Police Department as a participant in and co-defendant in Saint Lucie County, Florida, case number 562014CF002521.

2. Counsel for the Defendant announced that the Defendant was stipulating to probable cause to go forward to a final hearing. Counsel for the Defendant confirmed that he had discussed this with the Defendant and the Defendant agrees. This Court confirmed this on the record with the Defendant. Based upon the foregoing, this Court will find that there is probable cause to proceed to a final hearing in respect to the alleged violations.

**ACCORDINGLY,** this Court finds that there is sufficient probable cause in respect to Violations Numbers 1 and 2 inclusive, as set forth above to proceed to a final evidentiary hearing, and recommends to the District Court that this matter proceed to a final evidentiary hearing at the District Court's earliest convenience.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald M. Middlebrooks, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** this _____ day of December, 2014, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

2

Copies furnished:
Hon. Donald M. Middlebrooks
AUSA Theodore M. Cooperstein
AFPD Fletcher Peacock
Pretrial Services
U.S. Marshal